NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: MACROPOINT, LLC,**
*Appellant*

---

2023-1326

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/014,474.

---

**JUDGMENT**

---

MARK JOHNSON, Renner Otto, Cleveland, OH, argued for appellant. Also represented by SARAH LOUISE BOONE, LUIS CARRION, KYLE BRADFORD FLEMING.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Katherine K. Vidal. Also represented by KAKOLI CAPRIHAN, AMY J. NELSON, FARHEENA YASMEEN RASHEED.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 5, 2024
Date

Jarrett B. Perlow
Clerk of Court